UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JAMES P. EGAN,

Plaintiff,

v.

LIBERTY MUTUAL,

Defendant

Civil Action No. _____

05 - 30064 - KPN

FILING FEE PAID:
RECEIPT # 305875
AMOUNT $ 250.00
BY DPTY CLK _____
DATE 3/7/05

## NOTICE OF REMOVAL

TO THE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS:

PLEASE TAKE NOTICE Defendant, Liberty Life Assurance Company of Boston ("Liberty Life")[1], hereby serves notice of removal of the above-entitled action to this Court and makes the following showing in support of such removal:

### PLEADINGS AND PROCEEDINGS TO DATE

1. On or about February 10, 2005, an action was commenced in Hampden Superior Court of the Commonwealth of Massachusetts, entitled James P. Egan v. Liberty Mutual, Civil Action No. 2005-00148, by the filing of a Summons and Complaint, copies of which are attached hereto as Exhibit A.

2. The first date upon which Defendant received a copy of said Complaint was February 17, 2005. The foregoing Summons and Complaint constitute all the process, pleadings, and orders received by the Defendant to date. No further proceedings have occurred in the state action.

---

[1] Incorrectly identified as Liberty Mutual.

3. This Court has original jurisdiction of this action pursuant to 28 U.S.C. §1331, as it involves questions involving the laws of the United States. Specifically, this action involves a claim of alleged denial, or refusal to pay, benefits under the alleged terms of a long-term disability plan that is an employee welfare benefit plan, and therefore an employee benefit plan, regulated by the Employee Retirement Income Security Act of 1974, as amended ("ERISA"), Sections 3(1), 3(3), 4(a) and 502(a)(1)(B), 29 U.S.C. §§ 1002(1), 1002(3), 1003(a), and 1132(a)(1)(B).

## ERISA/FEDERAL QUESTION REMOVAL

4. This Court has original jurisdiction under the provisions of Section 502(e)(1) of ERISA, 29 U.S.C. § 1132(e)(1), 28 U.S.C. § 1331 and 29 U.S.C. § 1441(b), in that Plaintiff here claims entitlement to benefits under a welfare plan, within the meaning of Section 3(1) of ERISA, 29 U.S.C. § 1002(1), that is regulated by ERISA. Civil enforcement rights under welfare plans are governed by ERISA, and with inapplicable exception, the provisions of ERISA completely supersede and preempt any and all state laws to the extent that they relate to plans regulated by ERISA. Section 514(a) of ERISA, 29 U.S.C. § 1144(a); Ingersoll-Rand Co. V. McClendon, 498 U.S. 133 (1990); Pilot Life Ins. Co. v. Dedeaux, 481 U.S. 41 (1987).

5. Because the United States District Courts have original jurisdiction over, and federal law controls, actions brought to redress alleged denials of benefits and alleged acts unlawfully interfering with the attainment of benefits under welfare plans, Section 502(a), (e) of ERISA, 29 U.S.C. § 1132(a), (e), removal of this case to this Court under the circumstances herein is proper. Metropolitan Life Ins. Co. v. Taylor, 481 U.S. 58 (1987).

6. Defendant will notify the Hampden Superior Court and Plaintiff of this Notice of Removal by filing with the Superior Court a Notice of Filing Notice of Removal. A copy of that notification, which will be sent to the Hampden Superior Court, is attached hereto as Exhibit B.

WHEREFORE, Defendant prays that the above action pending against it in Hampden Superior Court, Commonwealth of Massachusetts Civil Action No. 2005-00148, be removed therefrom to this Court.

Respectfully submitted,

LIBERTY LIFE ASSURANCE COMPANY OF BOSTON,
By its attorneys,

*/s/ Richard W. Paterniti*

Andrew C. Pickett, BBO# 549872
Richard W. Paterniti, BBO#645170
Jackson Lewis LLP
75 Park Plaza
Boston, MA 02116
(617) 367-0025

March 4, 2005

## CERTIFICATE OF SERVICE

I hereby certify that on March 4, 2005, a copy of the foregoing was served by first class mail on Plaintiff, James P. Egan, 90 McKinstry Avenue, Apt. 207, Chicopee, MA 01013.

*/s/ Richard W. Paterniti*
Jackson Lewis LLP

TO PLAINTIFF'S ATTORNEY: PLEASE CIRCLE TYPE OF ACTION INVOLVED:
TORT - MOTOR VEHICLE TORT - CONTRACT - EQUITABLE RELIEF - OTHER

EXHIBIT -- A

# COMMONWEALTH OF MASSACHUSETTS

HAMPDEN, ss.

SUPERIOR COURT
DEPARTMENT OF THE TRIAL COURT
CIVIL ACTION
NO.

James P Egan, PLAINTIFF(S)

V.

SUMMONS

Liberty Mutual, DEFENDANT(S)

To the above named defendant:

You are hereby summoned and required to serve upon James Egan _____, plaintiff's attorney, whose address is 90 _____ Ave apt 207 Chicopee MA 13065, an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You are also required to file your answer to the complaint in the office of the Clerk of this court at Springfield either before service upon the plaintiff's attorney or within a reasonable time thereafter.

Unless otherwise provided by rule 13(a), your answer must state as a counterclaim any claim which you may have against the plaintiff which arises out of the transaction or occurrence that is the subject matter of the plaintiff's claim or you will thereafter be barred from making such claim in any other action.

Witness, Barbara J. Rouse, Esq., at Springfield the _____15th_____ day of Feb _____ in the year of our Lord two thousand five.

_____ Clerk / Magistrate

A true attested copy.
Paul B. Rovere
Deputy Sheriff

NOTICE TO DEFENDANT -- You need not appear personally in court to answer the complaint, but if you claim to have a defense, either you or your attorney must serve a copy of your written answer within 20 days as specified herein and also file the original in the Clerk's office.

NOTES:
1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.
2. When more than one defendant is involved, the names of all such defendants should appear in the caption. If a separate summons is used for each defendant, each should be addressed to the particular defendant.

FORM No.1

1. James P Egan
2. 90 McKinstry Ave APT 207
3. Chicopee MA 13013   413 218 1433
   Plaintiff In Pro Per
4. James P Egan
5.
6.
7.
8. THE Superior COURT OF Handen COUNTY
9. STATE OF Massachusetts
10. ②
11. Nolo Pedestrian,                    Section 502(a)OF ERISA
12. James P Egan    Plaintiff,
13.                                     Case No. _____
         v.
14. Liberty Mutual                      COMPLAINT
15. 100 Liberty Way
    Dover NH 03820-5807  Defendant.    Re Claim # 766822
16.
17.
18. ③ 1. Lawsuit vs Liberty Mutual due to
19. Breach of Contract on James P Egan
20. Disability Claim # 766822. As of March 19 2004
    Liberty Mutual Unjustifully discontinued paying
21. $3200.00 per month on my Legitimate Disability
22. Disability due to Multiple Conditions was Unjustifully
    Terminated. Seeking Benefits Retroactive to
23. ④ 3,19-04 to the Present Currently Totalling $38,600.00
24. In Addition seeking Punitive Damages due to
25. Mental Anguish & physical setback. The Claim
26. Closure Exacerbated    ⑤  [signature] James P Egan
27. the Condition.           Nolo Pedestrian, Plaintiff In Pro Per
28. Causing Additional Mental + physical problems
    compiled on current condition.

EXHIBIT-B

COMMONWEALTH OF MASSACHUSETTS

HAMPDEN, SS.                                                    SUPERIOR COURT

| JAMES P. EGAN, | |
|---|---|
| Plaintiff, | |
| v. | Civil Action No. 2005-00148 |
| LIBERTY MUTUAL, | |
| Defendant | |

## NOTICE OF FILING OF NOTICE OF REMOVAL

To:   Civil Clerk's Office
      Hampden Superior Court
      Hall of Justice
      50 State St.
      PO Box 559
      Springfield, MA  01102-0559

PLEASE TAKE NOTICE that a Notice of Removal in the above action from the Superior Court, Hampden County, has been duly filed in the U.S. District Court for the District of Massachusetts.  Attached hereto as Exhibit A is a certified copy of that Notice of Removal.

Respectfully submitted,

LIBERTY LIFE ASSURANCE COMPANY OF BOSTON,
By its attorneys,

_____
Andrew C. Pickett, BBO# 549872
Richard W. Paterniti, BBO#645170
Jackson Lewis LLP
75 Park Plaza
Boston, MA 02116
(617) 367-0025

March _____, 2005

## CERTIFICATE OF SERVICE

I hereby certify that on March ____, 2005, a copy of the foregoing was served by first class mail on Plaintiff, James P. Egan, 90 McKinstry Avenue, Apt. 207, Chicopee, MA 01013.

_____
Jackson Lewis LLP

JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
JAMES P. EGAN

## DEFENDANTS
LIBERTY LIFE ASSURANCE COMPANY OF BOSTON

(b) County of Residence of First Listed Plaintiff **HAMPDEN**
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant **SUFFOLK**
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
JAMES P. EGAN, 90 McKINSTRY AVE., APT. 207, CHICOPEE, MA 01013

Attorneys (If Known)
ANDREW C. PICKETT and RICHARD W. PATERNITI, JACKSON LEWIS LLP, 75 PARK PLAZA, BOSTON, MA 02116

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 365 Personal Injury - Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 320 Assault, Libel & Slander / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 340 Marine / **PERSONAL PROPERTY** | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 345 Marine Product Liability / ☐ 370 Other Fraud | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 350 Motor Vehicle / ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability / ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | ☒ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations / **Habeas Corpus:** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare / ☐ 530 General | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment / ☐ 535 Death Penalty | | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other / ☐ 540 Mandamus & Other / ☐ 550 Civil Rights / ☐ 555 Prison Condition | | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | | | |

## V. ORIGIN (Place an "X" in One Box Only)

- ☐ 1 Original Proceeding
- ☒ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
28 U.S.C. §1001 et. seq.   This court has jurisdiction over this claim
Brief description of cause: pursuant to 28 U.S.C. §1001 et. seq. because the action includes a claim for benefits under an employee welfare benefits plan

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☒ No

## VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE
DOCKET NUMBER

DATE: 03/04/2005
SIGNATURE OF ATTORNEY OF RECORD: /s/ Richard W. Paterniti

**FOR OFFICE USE ONLY**
RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

1. Title of case (name of first party on each side only) __JAMES P. EGAN V. LIBERTY LIFE ASSURANCE COMPANY OF BOSTON__

2. Category in which the case belongs based upon the numbered nature of suit code listed on the civil cover sheet. (See local rule 40.1(a)(1)).

   ☐ I.   160, 410, 470, R.23, REGARDLESS OF NATURE OF SUIT.

   ☑ II.  195, 196, 368, 400, 440, 441-446, 540, 550, 555, 625, 710, 720, 730, 740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950.
   *Also complete AO 120 or AO 121 for patent, trademark or copyright cases

   ☐ III. 110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310, 315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371, 380, 385, 450, 891.

   ☐ IV.  220, 422, 423, 430, 460, 480, 490, 610, 620, 630, 640, 650, 660, 690, 810, 861-865, 870, 871, 875, 900.

   ☐ V.   150, 152, 153.

3. Title and number, if any, of related cases. (See local rule 40.1(g)). If more than one prior related case has been filed in this district please indicate the title and number of the first filed case in this court.

4. Has a prior action between the same parties and based on the same claim ever been filed in this court?
   YES ☐   NO ☑

5. Does the complaint in this case question the constitutionality of an act of congress affecting the public interest? (See 28 USC §2403)
   YES ☐   NO ☑

   If so, is the U.S.A. or an officer, agent or employee of the U.S. a party?
   YES ☐   NO ☑

6. Is this case required to be heard and determined by a district court of three judges pursuant to title 28 USC §2284?
   YES ☐   NO ☑

7. Do all of the parties in this action, excluding governmental agencies of the united states and the Commonwealth of Massachusetts ("governmental agencies"), residing in Massachusetts reside in the same division? - (See Local Rule 40.1(d)).
   YES ☐   NO ☑

   A. If yes, in which division do all of the non-governmental parties reside?
      Eastern Division ☐   Central Division ☐   Western Division ☐

   B. If no, in which division do the majority of the plaintiffs or the only parties, excluding governmental agencies, residing in Massachusetts reside?
      Eastern Division ☐   Central Division ☐   Western Division ☑

8. If filing a Notice of Removal - are there any motions pending in the state court requiring the attention of this Court? (If yes, submit a separate sheet identifying the motions)
   YES ☐   NO ☑

(PLEASE TYPE OR PRINT)
ATTORNEY'S NAME __ANDREW C. PICKETT, RICHARD W. PATERNITI__
ADDRESS __JACKSON LEWIS LLP, 75 PARK PLAZA, BOSTON, MA 02116__
TELEPHONE NO. __617-367-0025__

(CategoryForm.wpd - 2/15/05)