UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAMES P. EGAN,<br><br>    Plaintiff,<br><br>v.<br><br>LIBERTY MUTUAL,<br><br>    Defendant | Civil Action No. 05-30064 |

**CORPORATE DISCLOSURE STATEMENT OF DEFENDANT**
**LIBERTY LIFE ASSURANCE COMPANY OF BOSTON**

Defendant Liberty Life Assurance Company of Boston ("Liberty Life")[1] provides the following disclosures pursuant to Local Rule 7.3: The parent corporations of Liberty Life are Liberty Mutual Holding Company Inc., LMHC Massachusetts Holdings Inc., Liberty Mutual Group Inc., Liberty Mutual Insurance Company, and Liberty Mutual Fire Insurance Company. No publicly held corporation owns 10% or more of Liberty Life's stock.

                                      Respectfully submitted,

                                      LIBERTY LIFE ASSURANCE COMPANY OF
                                      BOSTON
                                      By their attorneys,

                                      /s/ Richard W. Paterniti
                                      Andrew C. Pickett, BBO# 549872
                                      Richard W. Paterniti, BBO#645170
                                      Jackson Lewis LLP
                                      75 Park Plaza
                                      Boston, MA 02116
March 14, 2005                        (617) 367-0025

---

[1] Improperly identified as Liberty Mutual in Plaintiff's Complaint.