UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JAMES P. EGAN,

    Plaintiff,

v.                                                                  Civil Action No. 05-30064

LIBERTY MUTUAL,

    Defendant

### JOINT STATEMENT PURSUANT TO LOCAL RULE 16.1(D)

The parties to the above-captioned matter have conferred and now submit this joint statement pursuant to Local Rule 16.1 of the United States District Court for the District of Massachusetts and the Court's Notice of Scheduling Conference. The parties proposed schedule is consistent with this Court's "standard" pretrial schedule in ERISA denial of benefits cases, and is based on the fact that Liberty Life Assurance Company of Boston[1] will produce the Administrative Record for Plaintiff that it reviewed when it decided whether Plaintiff was entitled to long-term disability benefits, as well as the relevant plan documents.

### Proposed Pretrial Schedule

### Administrative Record

| | |
|---|---|
| May 16, 2005 | Administrative Record and relevant plan documents produced to Plaintiff |
| May 31, 2005 | Deadline for Plaintiff to provide notice to Defendant if he claims that the record is incomplete or inaccurate |
| June 10, 2005 | Deadline for parties to confer to attempt to agree on record, if Plaintiff provides notice as discussed above |
| June 20, 2005 | Deadline to file "Agreed Upon Record" |

---

[1] Incorrectly identified in the Complaint as Liberty Mutual.

| | |
|---|---|
| July 5, 2005 | Deadline to file motions concerning any additional material the parties seek to have added to the record |
| July 21, 2005 | Deadline to file oppositions to motions to add to the record |

**Scope of Judicial Review**

| | |
|---|---|
| June 10, 2005 | Deadline for parties to confer regarding the applicable scope of judicial review |
| July 5, 2005 | Deadline to file motions regarding applicable scope of judicial review |
| July 21, 2005 | Deadline to file oppositions to motions regarding applicable scope of judicial review |

**Motions for Discovery**

| | |
|---|---|
| June 20, 2005 | Deadline for filing motions showing specific or particular cause for discovery, if any party seeks any further discovery |
| July 21, 2005 | Deadline for oppositions to motions for discovery |

**Motions for Summary Judgment**

| | |
|---|---|
| September 30, 2005 | Deadline for filing summary judgment motions based on Administrative Record, if any party determines that such a motion is appropriate. |
| October 31, 2005 | Deadline for filing oppositions to summary judgment motions |
| November 15, 2005 | Deadline for filing reply brief to any opposition to motions for summary judgment |
| December 15, 2005 | Hearing and Status Conference regarding summary judgment motions and remaining pre-trial schedule, should summary judgment motion not be allowed. |

## SETTLEMENT

Plaintiff recently submitted a settlement proposal, which Defendants are in the process of evaluating.

**CERTIFICATIONS**

Local Rule 16.1(D)(3) certifications will be filed by the parties under separate cover. The parties have not agreed to have a trial in front of a Magistrate Judge.

WHEREFORE, the parties respectfully request that the Court approve their Proposed Pretrial Schedule and Discovery Plan, with such amendments as the Court deems just and proper.

Respectfully submitted,

| | |
|---|---|
| JAMES P. EGAN<br>By her attorney, | LIBERTY LIFE ASSURANCE COMPANY OF BOSTON,<br>By their attorney, |
| /s/James P. Egan<br>James P. Egan<br>90 McKinstry Avenue, Apt. 207<br>Chicopee, MA  01013<br>(413) 218-1433 | /s/Richard W. Paterniti<br>Andrew C. Pickett, BBO# 549872<br>Richard W. Paterniti, BBO #645170<br>JACKSON LEWIS LLP<br>75 Park Plaza<br>Boston, MA 02116<br>(617) 367-0025<br>paternir@jacksonlewis.com |
| Dated:  April 20, 2005 | Dated:  April 20, 2005 |