Plaintiff
James P Egan

Case # 3:05-cv-30064
KPN

Vs Liberty Mutual

FILED
IN CLERK'S OFFICE
2005 APR 28  A 10:43
U.S. DISTRICT
DISTRICT OF MA

I would like to have the meeting for Pre Trial Conference scheduled April 29 At 2pm delayed until a later date.
I apoligize for any Inconvenience.

Thanks    James P Egan

*/s/ James P Egan*