EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JAMES P. EGAN,

    Plaintiff,

v.                                                                    Civil Action No. 05-3006 l

LIBERTY MUTUAL,

    Defendant

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, Ja: :s P. Egan,

and Defendant, Liberty Life Assurance Company of Boston[1], pursuant to Fed. R. ( : ·. P. 41(a),

that this action shall be and hereby is dismissed with prejudice and without costs ( : attorneys'

fees to any party.

Respectfully submitted,

JAMES P. EGAN

LIBERTY LIFE ASSURANCE
COMPANY OF BOSTON

By its attorneys:

James P. Egan
90 McKinstry Avenue, Apt. 207
Chicopee, MA 01013
Boston, MA 02108

Andrew C. Pickett, #15560
Richard W. Paterniti, #86705
Jackson Lewis LLP
75 Park Plaza
Boston, Massachusetts 02116
(617) 367-0025

Dated: June __/0__, 2005

Dated: June __/0__, 2005

---

[1] Improperly named in the Complaint as Liberty Mutual.

- 8 -